UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL A. CINTRON,<br><br>    Plaintiff/Defendant-In-Counterclaim,<br><br>v.<br><br>PETER V. MCLOUGHLIN,<br>and SYSTEMS MARKETING, INC.,<br><br>    Defendants/Plaintiffs-In-Counterclaim. | CIVIL ACTION NO. 04-112930-REK |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff/Defendant-in-Counterclaim Miguel A. Cintron ("Cintron") hereby moves to continue the Local Rule 16.1 Scheduling Conference from November 10, 2004 until November 23, 2004. In support of the requested continuance, Cintron states that his counsel is scheduled to be out of the Commonwealth of Massachusetts on November 10, 2004, and is not available to appear at the Local Rule 16.1 Conference as scheduled. Cintron requests a continuance of the Local Rule 16.1 Conference solely to accommodate the scheduling conflict of his counsel, and does not seek to delay these proceedings. Defendants/Plaintiffs-in-Counterclaim, through counsel, assent to the continuance as requested.

{K0289927.1}

For the foregoing reasons, Miguel A. Cintron respectfully requests this Court to continue the Local Rule 16.1 Scheduling Conference from November 10, 2004 until November 23, 2004, or some other mutually-convenient date and time for the Court and the parties.

Respectfully submitted,

MIGUEL A. CINTRON

By his attorney,

_____
Peter F. Carr, II (BBO #600069)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone No.: (617) 342-6800
Facsimile No.: (617) 342-6899

DATED: October 12, 2004

**ASSENTED-TO:**

_____
Molly Cochran (BBO #558036)
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
60 William Street, Suite 200
Wellesley, Massachusetts 02481
Telephone No. (781) 237-4400

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail)/hand on 10-12-04

{K0289927.1}