UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGUEL A. CINTRON, <br><br> Plaintiff/Defendant-In-Counterclaim, <br><br> v. <br><br> PETER V. MCLOUGHLIN, <br> and SYSTEMS MARKETING, INC., <br><br> Defendants/Plaintiffs-In-Counterclaim. | CIVIL ACTION NO. 04-11293-REK |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, the parties hereby jointly file their Rule 16.1 Statement and proposed pre-trial schedule in anticipation of the Scheduling Conference currently scheduled for November 23, 2004.

### I. AGENDA OF MATTERS TO BE DISCUSSED

A. The parties do not anticipate any phasing of discovery in this matter.

B. Establishing a discovery plan and pre-trial order.

C. Schedule for automatic disclosures.

D. Plaintiff does not consent to trial by magistrate judge. Defendants consent to trial by magistrate judge.

{K0292236.1}

## II. JOINT PROPOSED PRE-TRIAL SCHEDULE

### A. DISCOVERY

The parties agree to limit discovery as set forth in Fed. R. Civ. P. 26(b), with the right to seek additional discovery upon motion to the Court. The parties propose the following discovery activities and deadlines:

1. Initial Disclosures

    The parties to serve Initial Disclosures by December 1, 2004.

2. Interrogatories

    One set of interrogatories by each party, with each set of interrogatories limited to twenty-five (25) questions. Service of interrogatories by all parties on or before January 30, 2005.

3. Requests for Production of Documents

    Two sets of Requests for Production of Documents served by each party, with each set limited to thirty (30) requests. Service of the first set of requests on or before January 30, 2005. Plaintiff requests that service of the second set of requests be on or before March 1, 2005, and Defendants request that service of the second set of requests be on or before August 15, 2005.

4. Requests for Admissions

    All Requests for Admissions must be served on or before May 1, 2005.

5. Depositions

    All depositions of fact witnesses completed by July 1, 2005. Expert depositions, if any, may be taken following expert disclosure (see below).

6.  **Expert Disclosures/Depositions**

    Pursuant to Fed. R. Civ. P. 26, Plaintiff to disclose all experts and reports by July 15, 2005. Defendant to make counter-designation by August 15, 2005. Expert discovery, if any, completed by September 30, 2005.

**B.  MOTIONS SCHEDULE**

1.  Motions for Summary Judgment filed by October 31 2005.

**C.  FINAL PRE-TRIAL CONFERENCE** – December , 2005 or at the Court's convenience according to the Court's schedule.

**D.  TRIAL** – February, 2006 or at the Court's convenience according to the Court's schedule.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MIGUEL A. CINTRON | PETER V. McLOUGHLIN and SYSTEMS MARKETING, INC. |
| By his attorney, | By their attorney, |
| *(signature)* | *(signature)* |
| Peter F. Carr, II (BBO #600069) | Michael Cosentino (BBO #558036) |
| DEVORAH A. LEVINE (BBO #650813) | MOLLY COCHRAN (BBO #551833) |
| ECKERT, SEAMANS, CHERIN & MELLOTT, LLC | SEEGEL, LIPSHUTZ & WILCHINS, LLC |
| One International Place, 18th Floor | 60 William Street, Suite 200 |
| Boston, Massachusetts 02110 | Wellesley, Massachusetts 02481 |
| Telephone No.: (617) 342-6800 | Telephone No.: (781) 237-1400 |
| Facsimile No.: (617) 342-6899 | |

DATED: November 15, 2004