UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL A. CINTRON, )<br><br>Plaintiff/Defendant-In-<br>Counterclaim, )<br><br>v. )<br><br>PETER V. MCLOUGHLIN,<br>and SYSTEMS MARKETING, INC., )<br><br>Defendants/Plaintiffs-In-<br>Counterclaim. ) | CIVIL ACTION NO. 04-11293-REK |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

In accordance with Local Rule 16.1, I, Devorah A. Levine, hereby certify that I have conferred with my client, Miguel A. Cintron, in the above-captioned matter, and have discussed a budget for costs of litigation, and the possibility of alternative dispute resolution. I further certify that my client fully understands the costs of the various stages of the litigation in this matter, the need for a budget for such costs, and the possibility of reducing such costs through the alternative dispute resolution program. My client has considered these issues and options.

SWORN TO AND SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15TH DAY OF NOVEMBER, 2004.

_____
Devorah A. Levine

I hereby certify to the above-referenced conference with my attorney in this matter.

Dated: 10 Nov 04    _____
Miguel A. Cintron