UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL A. CINTRON, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 04-11293-REK |
| v. | ) |
| PETER V. MCLOUGHLIN, and SYSTEMS MARKETING, INC., | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS**

Now comes counsel for the defendants, and notifies this Court and counsel of record of a change of firm address. All other contact information shall remain the same.

Effective immediately, defendants' counsel's new address will be the following:

MICHAEL B. COSENTINO, ESQUIRE
MOLLY COCHRAN, ESQUIRE
WELLESLEY OFFICE PARK
20 WILLIAM STREET, SUITE 130
WELLESLEY, MA 02481-4110

Respectfully submitted,

_____
Michael B. Cosentino (BBO#558036)
Molly Cochran (BBO# 551833)
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William St., Suite 130
Wellesley, MA 02481
(781) 237-4400

Dated: July __, 2005

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by regular U.S. mail, postage prepaid, upon Peter F. Carr II, Eckert, Seamans, Cherin & Mellott, LLC, One International Place, 18th floor, Boston, MA 02110, this 12 day of July, 2005

_____
Molly Cochran

K:\Molly\Systems Mktg\Pleadings\Notice of change of address 7.11.05.doc