UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| MIGUEL A. CINTRON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-112930-REK |
| ) | |
| v. ) | |
| ) | |
| PETER V. MCLOUGHLIN, ) | |
| and SYSTEMS MARKETING, INC., ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Defendants Peter V. McLoughlin and Systems Marketing, Inc. ("Defendants"), together with Plaintiff Miguel A. Cintron ("Plaintiff") hereby move to extend the discovery deadline in this case as set forth below, for the following reasons:

1. The parties' Joint Statement Pursuant to Local Rule 16.1(D), filed November 15, 2004, provided that all depositions in this case would be completed by July 1, 2005.

2. Defendants and Plaintiff have produced documents and propounded and answered interrogatories but have not taken any depositions because they were exploring settlement of this matter.

3. As settlement efforts have been unproductive, the parties now wish to have an extension of time in which to take depositions until October 31, 2005, in order to prepare for trial.

For the above reasons, Defendants and Plaintiff respectfully request the Court to extend the time in which they may take depositions until October 31, 2005.

Respectfully submitted,

PETER V. MCLOUGHLIN and
SYSTEMS MARKETING, INC.
By their attorneys,

_/s/ Molly Cochran_

Michael B. Cosentino (BBO#558036)
Molly Cochran (BBO# 551833)
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William St., Suite 130
Wellesley, MA 02481
Tel. (781) 237-4400
Fax (781) 235-2333

MIGUEL A. CINTRON
By his attorney,

_/s/ Peter F. Carr II_ /mc

Peter F. Carr, II (BBO#600069)
Devorah A. Levine (BBO#650813)
ECKERT, SEAMANS, CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel. (617) 342-6800
Fax (617) 342-6899

Dated: August 22, 2005