UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Miguel A. Cintron
        Plaintiff

v.                                                                Civil Action No. 04-11293-REK

Peter V. McLoughlin, et al.
        Defendant

SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

    The Court having been advised by counsel for the defendant that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

10/12/05                                              _____
Date                                                  Karen P. Folan
                                                         Deputy Clerk

Case 1:04-cv-11293-REK    Document 10    Filed 10/12/2005    Page 2 of 2