UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGUEL A. CINTRON,<br><br>    Plaintiff/Defendant-In-Counterclaim,<br><br>v.<br><br>PETER V. MCLOUGHLIN,<br>and SYSTEMS MARKETING, INC.<br><br>    Defendants/Plaintiffs-In-Counterclaim. | )<br>)<br>)<br>)<br>)<br>)   C. A. NO. 04-112930-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF CLAIMS AND COUNTERCLAIMS

All parties in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss all claims and counterclaims in the above-captioned action with prejudice and without costs, with all parties waiving all rights to appeal.

Respectfully submitted,

MIGUEL A. CINTRON

By his attorney,

_____
Peter F. Carr, II (BBO #600069)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile: (617) 342.6800

Respectfully submitted,

PETER V. MCLOUGHLIN and
SYSTEMS MARKETING, INC.

By their attorneys,

_____
Michael Cosentino (BBO #558036)
Molly Cochran (BBO #551833)
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, Massachusetts 02481
Telephone: (781) 237-4400

DATED: October 25, 2005

{K0312207.1}